NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

APR 29 2016

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 15-30130 |
| Plaintiff - Appellee, | D.C. No. 1:14-cr-00098-SPW |
| v. | |
| CHRISTOPHER RALPH MARQUIS, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Montana
Susan P. Watters, District Judge, Presiding

Submitted April 26, 2016[**]

Before:    McKEOWN, WARDLAW, and PAEZ, Circuit Judges.

Christopher Ralph Marquis appeals from the district court's judgment and

challenges the 48-month sentence imposed following his guilty-plea conviction for

possession of child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B).   We

have jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.   See Fed. R. App. P. 34(a)(2).

Marquis contends that his sentence is substantively unreasonable in light of his mitigating circumstances. The district court did not abuse its discretion in imposing Marquis's sentence. *See Gall v. United States*, 552 U.S. 38, 51 (2007). The below-Guidelines sentence is substantively reasonable in light of the 18 U.S.C. § 3553(a) sentencing factors and the totality of the circumstances, including the nature of the offense and the need to afford adequate deterrence. *See Gall*, 552 U.S. at 51.

**AFFIRMED.**